3105 GRAND CORP., and LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Trustee for Certificate Holders of BMG 180,496, Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Persons, Trustees and

Corporations, Respondents, Appellants, UNITED STATES FIDELITY AND GUARANTY COMPANY, Intervening Respondent, Appellant, v. THE CITY OF NEW YORK, Respondent, 92–21 UNION HALL STREET INC., Appellant, and JAMAICA NATIONAL BANK, Defendant.— Motion referred to the court that rendered the decision on the appeal. [See 259 App. Div. 354.] Present — Lazansky, P. J., Johnston, Taylor and Close, JJ.; Hagarty, J., not voting. Motion for reargument granted. See decision on the reargument of the appeal (ante, p. 17), decided herewith. Present — Lazansky, P. J., Carswell, Johnston and Taylor, JJ.; Hagarty, J., not voting.